IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DENNIS RAY PALMER**                                                                 **PLAINTIFF**

v.                                                                 **CIVIL ACTION NO. 1:13-cv-555-MTP**

**BRENDA SIMS and RON KING**                                             **DEFENDANTS**

## FINAL JUDGMENT

This cause came before the Court on February 19, 2015, for a *Spears* hearing. Having considered the record, applicable law, and Plaintiff's sworn testimony, the Court rendered an Opinion and Order [24] holding that Plaintiff's claims should be dismissed with prejudice and that the dismissal should count as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the 20th day of February, 2015.

_____
Michael T. Parker
United States Magistrate Judge